| | |
|---|---|
| Jahan C. Sagafi (SBN 224887)<br>jsagafi@outtengolden.com<br>Relic Sun (SBN 306701)<br>rsun@outtengolden.com<br>Adam Koshkin (SBN 320152)<br>akoshkin@outtengolden.com<br>**OUTTEN & GOLDEN LLP**<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br><br>Christopher M. McNerney<br>(admitted *pro hac vice*)<br>cmcnerney@outtengolden.com<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (347) 390-2183<br><br>Elisa Della-Piana (SBN 226462)<br>edellapiana@lccr.com<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS**<br>**OF THE SAN FRANCISCO BAY AREA**<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Telephone: (415) 543-9444<br>Facsimile: (415) 543-0296<br><br>*Attorneys for Plaintiffs and Proposed Class Members* | Daniel Schnapp<br>(admitted *pro hac vice*)<br>dschnapp@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>55 West 46th Street<br>New York, NY 10036-4120<br>Telephone: (212) 940-3000<br>Facsimile: (212) 940-3111<br><br>Robert A. Dolinko (SBN 076256)<br>rdolinko@nixonpeabody.com<br>Charles M. Dyke (SBN 183900)<br>cdyke@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PETER LEE and LATONYA CAMPBELL, on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE HERTZ CORPORATION, and DOLLAR THRIFTY AUTOMOTIVE GROUP,<br><br>    Defendants. | Case No. 3:18-cv-07481-RS<br><br>**STIPULATION AND [PROPOSED] ORDER ADJUSTING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE**<br>AS MODIFIED BY THE COURT<br>Hon. Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Plaintiffs Peter Lee and Latonya Campbell (collectively, "Plaintiffs"), and Defendants The Hertz Corporation and Dollar Thrifty Automotive Group ("Hertz") hereby stipulate to, and request that the Court enter an order, adjusting the class certification discovery and briefing schedule, as set forth below.

1. WHEREAS, on May 29, 2019, the Court entered a Case Management Scheduling Order (ECF No. 44), setting a class certification discovery and briefing schedule as set forth below;

2. WHEREAS, the parties have been engaged in discovery, with (a) both parties having propounded requests for production and interrogatories, (b) both parties having produced certain documents and responded to those interrogatories, (c) the parties having engaged in meet and confers, with the aim of resolving all disagreements informally, (d) the parties agreeing that further meet and confers may be needed to attempt to resolve certain discovery issues among the parties, and (e) the parties anticipating taking depositions, depending on the timing of any supplemental non-expert discovery.

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate to the following:

| Item | Current deadline | Proposed deadline |
|---|---|---|
| Non-expert discovery | Nov. 22, 2019 | March 20, 2020 |
| Expert witnesses: | | |
|   Initial experts* | January 17, 2020 | May 15, 2020 |
|   Supplemental / rebuttal experts* | March 20, 2020 | July 17, 2020 |
|   Expert discovery completed | May 1, 2020 | Aug. 28, 2020 |
| Class certification: | | |
|   Plaintiffs' motion | January 17, 2020 | May 15, 2020 |
|   Hertz's opposition | March 20, 2020 | July 17, 2020 |
|   Plaintiffs' reply | May 1, 2020 | Aug. 28, 2020 |
|   Hearing | May 28, 2020 | ~~Sept. 25~~, 2020 Sept. 24, 2020 |

\* All expert designations shall be in accordance with Fed. R. Civ. P. 26(a)(2), with experts disclosed and reports produced on the dates set forth above.

1

| | | |
|---|---|---|
| 1 | Dated: October 16, 2019 | Respectfully submitted, |
| 2 | | By:  /s/ Jahan C. Sagafi  |
| | | Jahan C. Sagafi |
| 3 | | |
| 4 | | Jahan C. Sagafi (SBN 224887) |
| | | jsagafi@outtengolden.com |
| 5 | | Relic Sun (SBN 306701) |
| | | rsun@outtengolden.com |
| 6 | | Adam Koshkin (SBN 320152) |
| | | akoshkin@outtengolden.com |
| 7 | | **OUTTEN & GOLDEN LLP** |
| | | One California Street, 12th Floor |
| 8 | | San Francisco, CA 94111 |
| | | Telephone:  (415) 638-8800 |
| 9 | | Facsimile:  (415) 638-8810 |
| 10 | | Christopher M. McNerney (admitted *pro hac vice*) |
| | | cmcnerney@outtengolden.com |
| 11 | | **OUTTEN & GOLDEN LLP** |
| | | 685 Third Avenue, 25th Floor |
| 12 | | New York, NY 10017 |
| | | Telephone: (212) 245-1000 |
| 13 | | Facsimile: (347) 390-2183 |
| 14 | | Elisa Della-Piana (SBN 226462) |
| | | edellapiana@lccr.com |
| 15 | | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS** |
| | | **OF THE SAN FRANCISCO BAY AREA** 131 |
| 16 | | Steuart Street, Suite 400 |
| | | San Francisco, CA 94105 |
| 17 | | Telephone:  (415) 543-9444 |
| | | Facsimile:  (415) 543-0296 |
| 18 | | |
| 19 | | *Attorneys for Plaintiff* |

2

STIPULATION AND [PROPOSED] ORDER
ADJUSTING CLASS CERTIFICATION DISCOVERY
AND BRIEFING SCHEDULE
CASE NO. 3:18-CV-07481-RS

| | | |
|---|---|---|
| 1 | Dated: October 16, 2019 | By:    /s/ Daniel Schnapp |
| 2 | | Daniel Schnapp |
| | | Daniel Schnapp |
| 3 | | (admitted pro hac vice) |
| | | dschnapp@nixonpeabody.com |
| 4 | | **NIXON PEABODY LLP** |
| | | 55 West 46th Street |
| 5 | | New York, NY 10036-4120 |
| | | Telephone: (212) 940-3000 |
| 6 | | Facsimile: (212) 940-3111 |
| 7 | | |
| | | Robert A. Dolinko (SBN 076256) |
| 8 | | rdolinko@nixonpeabody.com |
| | | Charles M. Dyke (SBN 183900) |
| 9 | | cdyke@nixonpeabody.com |
| | | **NIXON PEABODY LLP** |
| 10 | | One Embarcadero Center, 32nd |
| | | Floor San Francisco, CA 94111 |
| 11 | | Telephone: (415) 984-8200 |
| | | Facsimile: (415) 984-8300 |
| 12 | | |
| 13 | | *Attorneys for Defendant* |

3

STIPULATION AND [PROPOSED] ORDER
ADJUSTING CLASS CERTIFICATION DISCOVERY
AND BRIEFING SCHEDULE
CASE NO. 3:18-CV-07481-RS

**<u>ORDER</u>**

Pursuant to the Stipulation, it is so ORDERED.

Dated: October 17, 2019.       By: _____
                                The Honorable Richard Seeborg
                                UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER
ADJUSTING CLASS CERTIFICATION DISCOVERY
AND BRIEFING SCHEDULE
CASE NO. 3:18-CV-07481-RS