**OUTTEN & GOLDEN LLP**
Jahan C. Sagafi (Cal. Bar No. 224887)
   E-Mail: jsagafi@outtengolden.com
Relic Sun (SBN 306701)
   E-Mail: rsun@outtengolden.com
Adam Koshkin (SBN 320152)
   E-Mail: akoshkin@outtengolden.com
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

**OUTTEN & GOLDEN LLP**
Christopher M. McNerney
(admitted pro hac vice)
   E-Mail: cmcnerney@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (347) 390-2183

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**
Elisa Della-Piana (SBN 226462)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone: (415) 5643-9444
Facsimile: (415) 543-0296

*Attorneys for Plaintiffs Peter Lee and Latonya Campbell*
*Additional counsel listed on following page.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Peter Lee, et al.,<br><br>      Plaintiffs,<br><br>      vs.<br><br>The Hertz Corporation and Dollar Thrifty Automotive Group, Inc.,<br><br>      Defendants. | CASE NO. 3:18-cv-07481<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ADJUSTING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE** AS MODIFIED BY THE COURT |

125995598

1

JOINT STIPULATION AND [PROPOSED] ORDER ADJUSTING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE

| | |
|---|---|
| 1 | **MCGUIREWOODS LLP**<br>Sabrina A. Beldner, Esq. (SBN 221918) |
| 2 | Email: sbeldner@mcguirewoods.com<br>1800 Century Park East, 8th Floor |
| 3 | Los Angeles, CA 90067-1501<br>Telephone: 310.315.8200 |
| 4 | Facsimile: 310.315.8210 |
| 5 | Joel S. Allen (*Pro Hac Vice*) |
| 6 | Email: jallen@mcguirewoods.com<br>Olga A. Bograd (*Pro Hac Vice*) |
| 7 | Email: obograd@mcguirewoods.com<br>MCGUIREWOODS LLP |
| 8 | 2000 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201 |
| 9 | Telephone: (214) 932-6464 |
| 10 | William E. Doyle (*Pro Hac Vice*) |
| 11 | Email: wdoyle@mcguirewoods.com<br>MCGUIREWOODS LLP |
| 12 | 434 Fayetteville Street, Suite 2600<br>Raleigh, North Carolina 27601 |
| 13 | Telephone: (919) 755-6600 |
| 14 | Attorneys for Defendants |
| 15 | THE HERTZ CORPORATION and<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. |

Pursuant to Civil Local Rule 7-12, Plaintiffs Peter Lee and Latonya Campbell (collectively, "Plaintiffs") and Defendants The Hertz Corporation and Dollar Thrifty Automotive Group ("Hertz" or "Defendants") (Plaintiffs and Defendants are collectively referred to as "Parties") hereby stipulate to, and request that the Court enter an order, adjusting the class certification discovery and briefing schedule, as set forth below.

1. WHEREAS, on May 29, 2019, the Court entered a Case Management Scheduling Order (Dkt. #44), setting a class certification discovery and briefing schedule;

2. WHEREAS, on October 17, 2019, a Stipulation extending the original dates was agreed to by the parties and an Order entered, setting forth an updated class certification discovery and briefing schedule as set forth below;

3. WHEREAS, Defendants retained and substituted in new counsel in this matter, and the substitution of counsel was approved by the Court on December 18, 2019 (Dkts. #72-73).

125995598

4

JOINT STIPULATION AND [PROPOSED] ORDER ADJUSTING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE

4.     WHEREAS, Defendants' new counsel has been reviewing voluminous materials to become familiar with the case and the pending discovery requests. In order to address discovery responses related to the Court's discovery order (Dkt. #68), Defendants have also proceeded with additional factual investigation of the case, including conducting fact interviews with multiple witnesses, including current and former employees of Defendants, and multiple calls with in-house counsel. This process has taken substantial time as the production of relevant information requires Defendants to conduct an investigation as far back as 2013.

5.     WHEREAS, Defendants' new counsel is still in the process of attempting to obtain complete (and readable) case files from prior counsel, including significant amounts of electronically stored information. The volume of the data collected by prior counsel has necessitated Defendants to potentially use a third-party vendor for data processing in this matter. Defendants are just beginning to assess the data collected, reviewed, and produced by prior counsel, as well as to begin negotiations with Plaintiffs' counsel regarding the scope of ESI discovery in this matter. To date, Defendants have not been in a position to engage in anything but preliminary discussions about ESI because they are not in possession of the complete case file.

6.     WHEREAS, while awaiting the file transfer, the parties have been diligent in moving the case forward, including engaging in detailed procedural and merits-based discussions on December 23, 2019, January 6, 2020, January 10, 2020, and January 13, 2020.

7.     WHEREAS, Defendants' counsel has also interacted with counsel for third-party criminal background check vendors whom Plaintiffs subpoenaed and Defendants' counsel has been actively working to process the data from one of the vendors for production to the Plaintiffs after production was negotiated by Plaintiffs and the vendor.

8.     WHEREAS, to date, no depositions have been taken by any of the Parties.

9.     WHEREAS, despite Defendants' best efforts to move the case forward, including significant work through the holidays following the substitution of counsel, additional time for fact discovery is needed.

10.    WHEREAS, the Parties have conferred and agree that more time is needed to complete fact discovery in this matter, and that such additional time provides good cause to modify

the fact and related discovery deadlines previously set by the Court, as well as to continue the class certification briefing deadlines presently in place;

11. WHEREAS, Plaintiffs believe that additional intermediate benchmark deadlines would be helpful in ensuring that the parties make progress in discovery and have less need for further extensions, and are conferring with Defendants as to their benchmark proposal. Defendants believe a five-month extension of the current discovery and briefing deadlines is necessary. While Defendants do not agree to intermediate benchmarks at this time because Plaintiffs have not articulated specifically what those would be, they are open to further discussions. Accordingly, the parties jointly request a telephonic CMC to discuss the case schedule.

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate to request a telephonic CMC on February 13, 2020, or, if the Court is not available then, on February 27, 2020, or, if the Court is not available then, at the Court's earliest convenience.

IT IS SO STIPULATED AND AGREED.

DATED: January 30, 2020  **OUTTEN & GOLDEN LLP**
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**

By: _/s/ Christopher M. McNerney_

| | |
|---|---|
| 1 | Jahan C. Sagafi (SBN 224887) |
| 2 | jsagafi@outtengolden.com |
| | Adam Koshkin (SBN 320152) |
| 3 | akoshkin@outtengolden.com |
| 4 | **OUTTEN & GOLDEN LLP** |
| | One California Street, 12th Floor |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 638-8800 |
| 6 | Facsimile: (415) 638-8810 |
| 7 | |
| | Christopher M. McNerney |
| 8 | (admitted *pro hac vice*) |
| | cmcnerney@outtengolden.com |
| 9 | **OUTTEN & GOLDEN LLP** |
| | 685 Third Avenue, 25th Floor |
| 10 | New York, NY 10017 |
| | Telephone: (212) 245-1000 |
| 11 | Facsimile: (347) 390-2183 |
| 12 | |
| | Elisa Della-Piana (SBN 226462) |
| 13 | edellapiana@lccr.com |
| | **LAWYERS' COMMITTEE FOR CIVIL** |
| 14 | **RIGHTS OF THE SAN FRANCISCO BAY** |
| | **AREA** |
| 15 | 131 Steuart Street, Suite 400 |
| 16 | San Francisco, CA 94105 |
| | Telephone: (415) 543-9444 |
| 17 | Facsimile: (415) 543-0296 |
| 18 | |
| | Attorneys for Plaintiffs |
| 19 | Peter Lee and Latonya Campbell |
| 20 | |
| 21 | DATED: January 30, 2020    **MCGUIREWOODS LLP** |
| 22 | |
| 23 | By:  */s/Joel S. Allen* |
| | Joel S. Allen |
| 24 | Attorneys for Defendants |
| | The Hertz Corporation and Dollar Thrifty |
| 25 | Automotive Group, Inc. |

125995598

4

JOINT STIPULATION AND [PROPOSED] ORDER ADJUSTING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE

## ATTESTATION

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

                                          */s/Joel S. Allen*
                                          Joel S. Allen

| | |
|---|---|
| 1 | [~~PROPOSED~~] **ORDER** (AS MODIFIED BY THE COURT) |
| 2 | Having reviewed and considered the Joint Stipulation and [Proposed] Order Adjusting Class |
| 3 | Certification Discovery and Briefing Schedule (Dkt. #__) filed by Plaintiffs Peter Lee and Latonya |
| 4 | Campbell ("Plaintiffs") and Defendants The Hertz Corporation and Dollar Thrifty Automotive |
| 5 | Group, Inc. ("Defendants") (collectively, the "Parties"), and good cause appearing for the same, IT |
| 6 | IS HEREBY ORDERED THAT: |
| 7 | 1. The Court will hold a telephonic CMC on February _27_, 2020, at 11:00 a.m. ~~p.m.~~ All parties shall appear telephonically and must contact Court Call at (866-)582-6878. |
| 8 | 2. The parties shall file a CMC statement summarizing the status of discovery and their |
| 9 | proposed discovery schedule at least seven days before the CMC. |

Dated: 1/31/2020

*/s/ Richard Seeborg/*

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE