| | |
|---|---|
| Jahan C. Sagafi (SBN 224887)<br>jsagafi@outtengolden.com<br>Relic Sun (SBN 306701)<br>rsun@outtengolden.com<br>Adam L. Koshkin (SBN 320152)<br>akoshkin@outtengolden.com<br>**OUTTEN & GOLDEN LLP**<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br><br>Christopher M. McNerney (*Pro Hac Vice*)<br>cmcnerney@outtengolden.com<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br><br>Elisa Marie Della-Piana (SBN 226462)<br>edellapiana@lccr.com<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Telephone: (415) 543-9444<br>Facsimile: (415) 543-0296<br><br>*Attorneys for Plaintiffs and Proposed Class and Collective Members* | Sabrina A. Beldner, Esq. (SBN 221918)<br>sbeldner@mcguirewoods.com<br>**MCGUIREWOODS LLP**<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210<br><br>Joel S. Allen (*Pro Hac Vice*)<br>jallen@mcguirewoods.com<br>Olga A. Bograd (*Pro Hac Vice*)<br>obograd@mcguirewoods.com<br>**MCGUIREWOODS LLP**<br>2000 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201<br>Telephone: (214) 932-6400<br><br>William E. Doyle (*Pro Hac Vice*)<br>wdoyle@mcguirewoods.com<br>**MCGUIREWOODS LLP**<br>434 Fayetteville Street, Suite 2600<br>Raleigh, North Carolina 27601<br>Telephone: (919) 755-6600<br><br>*Attorneys for Defendants The Hertz Corporation and Dollar Thrifty Automotive Group, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| PETER LEE and LATONYA CAMPBELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION and DOLLAR THRIFTY AUTOMOTIVE GROUP,<br><br>Defendants. | Case No.: 3:18-cv-07481<br><br>**JOINT STIPULATION AND ORDER FURTHER ADJUSTING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE [AS MODIFIED BY THE COURT]**<br><br>The Honorable Richard Seeborg<br><br>Complaint Filed: December 12, 2018 |

Pursuant to the Court's direction at the February 27, 2020 telephonic case management conference ("CMC"), Plaintiffs Peter Lee and Latonya Campbell ("Plaintiffs"), and Defendants The Hertz Corporation and Dollar Thrifty Automotive Group ("Hertz" or "Defendants") (Plaintiffs and Defendants are collectively referred to as "Parties"), hereby stipulate to, and request that the Court enter, an order further adjusting the class certification discovery and briefing schedule and setting the following interim benchmarks, as set forth below:

1. WHEREAS, on May 29, 2019, the Court entered a Case Management Scheduling Order, setting a class certification discovery and briefing schedule;

2. WHEREAS, on October 17, 2019, the Court ordered a Stipulation setting forth an updated class certification discovery and briefing schedule;

3. WHEREAS, on February 27, 2020, the Parties proposed a further extension and modification of the class certification discovery and briefing schedule to the Court during their telephonic CMC; and

4. WHEREAS, the Court endorsed the schedule extension in principle, but requested that the Parties submit a stipulation setting forth their specific proposal to the Court;

NOW, THEREFORE, the Parties hereby stipulate to and respectfully request that the Court order the following modifications to the class certification discovery and briefing schedule and set the following interim benchmarks:

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Hertz provides CareerBuilder data to Plaintiffs | N/A | March 12, 2020[1] |
| Case Management Conference (to be canceled should the Parties have no disputes) | N/A | May 7, 2020 |
| Agreement on ESI discovery process (incl. initial custodians, initial search terms, and ultimate validation process), and completion of rolling production of documents identified by Hertz as relevant for mediation for the initial two custodians reviewed[2] | N/A | June 1, 2020[3] |

---

[1] The Parties may extend this deadline by agreement without Court order.
[2] Amanda Dillon and Krista Memmelaar.
[3] The Parties may extend this deadline by agreement without Court order.

| Parties commence mediation | N/A | June-July 2020* |
|---|---|---|
| Non-expert discovery | March 20, 2020 | October 20, 2020 |
| Expert Discovery: | | |
|   Initial Experts** | May 15, 2020 | December 15, 2020 |
|   Supplemental/rebuttal experts | July 17, 2020 | February 17, 2021 |
|   Expert discovery completed | August 28, 2020 | March 29, 2021 |
| Class Certification: | | |
|   Plaintiffs' motion | May 15, 2020 | December 15, 2020 |
|   Hertz's opposition | July 17, 2020 | February 17, 2021 |
|   Plaintiffs' reply | August 28, 2020 | March 29, 2021 |
|   Hearing | Sept. 25, 2020 | April 29, 2021 |

\* Mediation will be held earlier if Sterling data production moves more quickly, pending the Parties' and mediator's availability.

\*\* All expert designations shall be in accordance with Fed. R. Civ. P. 26(a)(2), with experts disclosed and reports produced on the dates set forth above.

Respectfully submitted,

Dated: March 2, 2020

By: */s/Jahan Sagafi*

Jahan C. Sagafi (SBN 224887)
Relic Sun (SBN 306701)
Adam L. Koshkin (SBN 320152)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Christopher McNerney (*Pro Hac Vice*)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

*Attorneys for Plaintiffs and proposed Class Members*

Respectfully submitted,

By: */s/Olga Bograd*

Joel S. Allen (*Pro Hac Vice*)
jallen@mcguirewoods.com
Olga A. Bograd (*Pro Hac Vice*)
obograd@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 932-6400

Sabrina A. Beldner, Esq. (SBN 221918)
sbeldner@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

William E. Doyle (*Pro Hac Vice*)
wdoyle@mcguirewoods.com
**MCGUIREWOODS LLP**
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601
Telephone: (919) 755-6600

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____  Dated: __3/3/2020_____
Hon. Richard Seeborg
United States District Judge