1   Jahan C. Sagafi (SBN 224887)            Sabrina A. Beldner, Esq. (SBN
    jsagafi@outtengolden.com                221918)
2   Adam L. Koshkin (SBN 320152)            sbeldner@mcguirewoods.com
    akoshkin@outtengolden.com               **MCGUIREWOODS LLP**
3   **OUTTEN & GOLDEN LLP**                  1800 Century Park East, 8th Floor
    One California Street, 12th Floor        Los Angeles, CA  90067-1501
4   San Francisco, CA 94111                  Telephone:  (310) 315-8200
    Telephone: (415) 638-8800                Facsimile:  (310) 315-8210
5   Facsimile: (415) 638-8810
                                             Joel S. Allen (*Pro Hac Vice*)
6   Christopher M. McNerney (*Pro Hac Vice*) jallen@mcguirewoods.com
    cmcnerney@outtengolden.com               Olga A. Bograd (*Pro Hac Vice*)
7   **OUTTEN & GOLDEN LLP**                  obograd@mcguirewoods.com
    685 Third Avenue, 25th Floor             **MCGUIREWOODS LLP**
8   New York, New York 10017                 2000 McKinney Avenue, Suite 1400
    Telephone: (212) 245-1000                Dallas, Texas 75201
9   Facsimile: (646) 509-2060                Telephone:  (214) 932-6400

10  Elisa Marie Della-Piana (SBN 226462)     William E. Doyle (*Pro Hac Vice*)
    edellapiana@lccr.com                     wdoyle@mcguirewoods.com
11  **LAWYERS' COMMITTEE FOR**               **MCGUIREWOODS LLP**
    **CIVIL RIGHTS OF THE SAN**              434 Fayetteville Street, Suite 2600
12  **FRANCISCO BAY AREA**                   Raleigh, North Carolina 27601
    131 Steuart Street, Suite 400            Telephone: (919) 755-6600
13  San Francisco, CA 94105
    Telephone: (415) 543-9444                *Attorneys for Defendants The Hertz*
14  Facsimile: (415) 543-0296                *Corporation*
                                             *and Dollar Thrifty Automotive Group,*
15  *Attorneys for Plaintiffs and Proposed*  *Inc.*
    *Class and Collective Members*

16

17                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**

18
    PETER LEE and LATONYA CAMPBELL,          Case No.:  3:18-cv-07481
19  on behalf of themselves and all others
    similarly situated,                      **JOINT STIPULATION AND ORDER**
20                                           **FURTHER ADJUSTING CLASS**
                      Plaintiffs,            **CERTIFICATION DISCOVERY AND**
21                                           **BRIEFING SCHEDULE AS MODIFIED**
             v.                              **BY THE COURT**
22
    THE HERTZ CORPORATION and
23  DOLLAR THRIFTY AUTOMOTIVE
    GROUP,
24
25                    Defendants.

26

27        Due to the unique and unprecedented nature of the COVID-19 pandemic and related

28  disruptions, Plaintiffs Peter Lee and Latonya Campbell ("Plaintiffs"), and Defendants The Hertz

1    Corporation and Dollar Thrifty Automotive Group ("Hertz" or "Defendants") (Plaintiffs and

2    Defendants are collectively referred to as "Parties"), hereby stipulate to, and request that the

3    Court enter an order further adjusting the class certification discovery and briefing schedule and

4    the following interim benchmarks, as set forth below:

5          1.    WHEREAS, on May 29, 2019, the Court entered a Case Management Scheduling

6    Order, setting a class certification discovery and briefing schedule;

7          2.    WHEREAS, on October 17, 2019, the Court ordered a Stipulation setting forth an

8    updated class certification discovery and briefing schedule;

9          3.    WHEREAS, on March 3, 2020, the Court entered the Joint Stipulation and Order

10    Further Adjusting Class and Certification Discovery and Briefing Schedule [As Modified by the

11    Court];

12          4.    WHEREAS, the Court scheduled a Case Management Conference for May 28,

13    2020;

14          5.    WHEREAS, the Parties have worked diligently to comply with the deadlines set

15    by the Court, including production of the CareerBuilder data and ongoing progress on ESI

16    discussions. However, since the Court's Order on March 3, 2020, Defendants have been required

17    to shift focus to address unanticipated, urgent issues related to the COVID-19 pandemic,

18    including major disruptions to Defendants' business.  In light of the ongoing crisis, Defendants

19    requested and Plaintiffs agreed to seek a further extension of deadlines set by the Court, as well as

20    a continuance of the upcoming Case Management Conference.  At this time, the Parties anticipate

21    that a 90-day extension of all deadlines will be sufficient to alleviate the disruption caused by the

22    COVID-19 pandemic.

23          NOW, THEREFORE, the Parties hereby stipulate to and respectfully request that the

24    Court order the following modifications to the class certification discovery and briefing schedule

25    and the remaining interim benchmarks:

| Item | Current Deadline | Deadline |
| --- | --- | --- |
| Case Management Conference (to be canceled should the Parties have no disputes) | May 28, 2020 | August 27, 2020 |

JOINT STIPULATION AND  ORDER FURTHER ADJUSTING CLASS
CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE

| | | |
|---|---|---|
| Agreement on ESI discovery process (incl. initial custodians, initial search terms, and ultimate validation process), and completion of rolling production of documents identified by Hertz as relevant for mediation for the initial two custodians reviewed[1] | June 1, 2020 | August 31, 2020[2] |
| Parties commence mediation | June-July 2020 | October-November 2020 |
| Non-expert discovery | October 20, 2020 | January 18, 2021 |
| Expert Discovery:<br>  Initial Experts*<br>  Supplemental/rebuttal experts<br>  Expert discovery completed | December 15, 2020<br>February 17, 2021<br>March 29, 2021 | March 15, 2021<br>May 18, 2021<br>June 28, 2021 |
| Class Certification:<br>  Plaintiffs' motion<br>  Hertz's opposition<br>  Plaintiffs' reply<br>  Hearing | December 15, 2020<br>February 17, 2021<br>March 29, 2021<br>April 29, 2021 | March 15, 2021<br>May 18, 2021<br>June 28, 2021<br>July 29, 2021 |

* All expert designations shall be in accordance with Fed. R. Civ. P. 26(a)(2), with experts disclosed and reports produced on the dates set forth above.

Respectfully submitted,


Dated: May 21, 2020                                   Respectfully submitted,


By: */s/Christopher McNerney*                  By: */s/Joel S. Allen*
Jahan C. Sagafi (SBN 224887)              Joel S. Allen (*Pro Hac Vice*)
Adam L. Koshkin (SBN 320152)           jallen@mcguirewoods.com
**OUTTEN & GOLDEN LLP**                   Olga A. Bograd (*Pro Hac Vice*)
One California Street, 12th Floor          obograd@mcguirewoods.com
San Francisco, CA 94111                       **MCGUIREWOODS LLP**
Telephone: (415) 638-8800                     2000 McKinney Avenue, Suite 1400
                                                              Dallas, Texas 75201
Christopher McNerney (*Pro Hac Vice*)   Telephone:  (214) 932-6400
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor                Sabrina A. Beldner, Esq. (SBN 221918)
New York, New York 10017                   sbeldner@mcguirewoods.com
Telephone: (212) 245-1000                     **MCGUIREWOODS LLP**
                                                              1800 Century Park East, 8th Floor
*Attorneys for Plaintiffs and proposed Class*   Los Angeles, CA  90067-1501

---

[1] Amanda Dillon and Krista Memmelaar.

[2] The Parties may extend this deadline by agreement without Court order.

JOINT STIPULATION AND ORDER FURTHER ADJUSTING CLASS
CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE

1  *Members*                                   Telephone:  (310) 315-8200
                                               Facsimile:  (310) 315-8210
2

3                                              William E. Doyle (*Pro Hac Vice*)
                                               wdoyle@mcguirewoods.com
4                                              **MCGUIREWOODS LLP**
                                               434 Fayetteville Street, Suite 2600
5                                              Raleigh, North Carolina 27601
                                               Telephone: (919) 755-6600
6

7                                              *Attorneys for Defendants*

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10 _____          Dated: May 21, 2020
                                                       _____
11 Hon. Richard Seeborg
   United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER FURTHER ADJUSTING CLASS
CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE