| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Jahan C. Sagafi (Cal. Bar No. 224887)<br>   E-Mail: jsagafi@outtengolden.com<br>Relic Sun (SBN 306701)<br>   E-Mail: rsun@outtengolden.com<br>Adam Koshkin (SBN 320152)<br>   E-Mail: akoshkin@outtengolden.com<br>One California Street, 12th Floor<br>San Francisco, California 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810 | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**<br>Elisa Della-Piana (SBN 226462)<br>131 Steuart Street, Suite 400<br>San Francisco, California 94105<br>Telephone: (415) 5643-9444<br>Facsimile: (415) 543-0296 |

**OUTTEN & GOLDEN LLP**
Christopher M. McNerney
(admitted pro hac vice)
   E-Mail: cmcnerney@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (347) 390-2183

*Attorneys for Plaintiffs Peter Lee and Latonya Campbell*
*Additional counsel listed on following page.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Peter Lee, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>The Hertz Corporation and Dollar Thrifty Automotive Group, Inc.,<br><br>   Defendants. | CASE NO. 3:18-cv-07481<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**MCGUIREWOODS LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
Email: sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Joel S. Allen (*Pro Hac Vice*)
Email: jallen@mcguirewoods.com
Olga A. Bograd (*Pro Hac Vice*)
Email: obograd@mcguirewoods.com
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 932-6464

William E. Doyle (*Pro Hac Vice*)
Email: wdoyle@mcguirewoods.com
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601
Telephone: (919) 755-6600

Attorneys for Defendants
THE HERTZ CORPORATION and
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

Pursuant to Civil Local Rule 7-12, Plaintiffs Peter Lee and Latonya Campbell (collectively, "Plaintiffs") and Defendants The Hertz Corporation and Dollar Thrifty Automotive Group ("Hertz" or "Defendants") (Plaintiffs and Defendants are collectively referred to as "Parties") hereby stipulate to, and request that the Court enter an order dismissing this action with prejudice, as set forth below.

1. WHEREAS, on December 12, 2018, Plaintiffs filed a class action complaint alleging violations of Title VII;

2. WHEREAS, Plaintiffs defeated a motion to dismiss and the parties then engaged in significant discovery (including discovery motions);

3. WHEREAS, on May 22, 2020, Defendants filed a voluntary petition for Chapter 11 bankruptcy in the Bankruptcy Court of the United States District Court for the District of Delaware ("Bankruptcy Court");

4. WHEREAS, on May 29, 2020, Defendants filed a Suggestion of Bankruptcy (ECF No. 100), automatically staying this matter;

5. WHEREAS, Plaintiffs continued to litigate their claims in bankruptcy and filed notices of proof of claim on October 21, 2020;

6. WHEREAS, on December 18, 2020, Plaintiffs filed a motion for certification of class proof of claim under Bankruptcy Rule 7023. *In re Hertz Corp.*, No. 20 Civ. 11218, ECF No. 2165 (Bankr. D. Del.);

7. WHEREAS, on January 26, 2020, the Parties attended a mediation with mediator Kelly A. Knight;

8. WHEREAS, at that mediation, the Parties executed a memorandum of understanding for a classwide settlement of Plaintiffs' claims;

9. WHEREAS, on March 26, 2021, the Parties executed the Settlement Agreement and Release ("Settlement");

10. WHEREAS, on March 26, 2021, Defendants moved in Bankruptcy Court for an order certifying the class for settlement purposes only and approving the Settlement as fair, reasonable, and adequate. *In re Hertz Corp.*, ECF No. 3474;

| | |
|---|---|
| 1 | 11. WHEREAS, on April 13, 2021, the Bankruptcy Court approved the Settlement and certified the class. *In re Hertz Corp.*, ECF No. 3866; |
| 2 | 12. WHEREAS, the Bankruptcy Court will retain exclusive jurisdiction with respect to all matters arising from or in relation to the interpretation and implementation of the Settlement. |
| 3 | 13. WHEREAS, the Settlement and the order approving it require Plaintiffs to voluntarily dismiss this action with prejudice within three days of the effective date of the Settlement; |
| 4 | 14. WHEREAS, the Settlement became effective on April 27, 2020; |
| 5 | 15. WHEREAS, each party shall bear its own costs and fees; |

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate to dismiss this action with prejudice.

IT IS SO STIPULATED AND AGREED.

DATED: April 30, 2021

**OUTTEN & GOLDEN LLP**
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**

By: /s/Christopher M. McNerney
Christopher M. McNerney
(admitted *pro hac vice*)
cmcnerney@outtengolden.com
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (347) 390-2183
Jahan C. Sagafi (SBN 224887)
jsagafi@outtengolden.com
Adam Koshkin (SBN 320152)
akoshkin@outtengolden.com
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Elisa Della-Piana (SBN 226462)
edellapiana@lccr.com

| | |
|---|---|
| | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Telephone: (415) 543-9444<br>Facsimile: (415) 543-0296<br><br>Attorneys for Plaintiffs<br>Peter Lee and Latonya Campbell |
| DATED: April 30, 2021 | **McGuireWoods LLP**<br><br>By:    /s/Sabrina A. Beldner<br>      Sabrina A. Beldner, Esq.<br>Attorneys for Defendants<br>The Hertz Corporation and Dollar Thrifty Automotive Group, Inc. |

**ATTESTATION**

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

    /s/Christopher M. McNerney
Christopher M. McNerney

**ORDER**

Having reviewed and considered the Joint Stipulation and [Proposed] Order Dismissing Action with Prejudice (Dkt. #102) filed by Plaintiffs Peter Lee and Latonya Campbell ("Plaintiffs") and Defendants The Hertz Corporation and Dollar Thrifty Automotive Group, Inc. ("Defendants") (collectively, the "Parties"), and good cause appearing for the same, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: April 30, 2021

_____
HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE